**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LISA COHEN,**

    Plaintiff,

**v.**                                                          **Case No: 5:20-cv-310-GKS-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

    Defendant.

_____

### ORDER

Defendant moves to stay this case until June 1, 2021, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 12). Defendant cites challenges posed by the current public health situation, including that the SSA has transitioned to a maximum telework environment which prevented it from adhering to its business process for preparing the transcript of the record in many cases. Additionally, the complaints filed in SSA cases have increased, which has resulted in a backlog of work, making it difficult for the agency to process the transcripts in a timely manner. Defendant's motion is unopposed.

Accordingly, the Commissioner's second unopposed motion to stay (Doc. 12) is GRANTED. The Commissioner shall file an answer and the transcript of the record for this case on or before June 1, 2021, or advise the Court if another extension is needed.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on March 11, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties